UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*In re*: Brad Hyrum Smith,
Attorney at Law, Bar No. 1478

Case No. 2:22-ms-00092

ORDER OF SUSPENSION

On December 12, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. However, the OSC was returned from the United States Postal Service marked "Return to Sender – Not Claimed – Unable to Forward." However, the OSC provided Mr. Smith with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Brad Hyrum Smith. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Brad Hyrum Smith, Bar No. 1478, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

2

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an

3

employee of the United States District Court, and that on this 22nd day of March 2023, I

4

caused to be served a true and correct copy of the foregoing Order of Suspension to

5

the following party via Certified Mail, Return Receipt Requested, via the United States

6

Postal Service, in a sealed envelope, postage prepaid, to the following address:

7

Brad Hyrum Smith
203 Ladykirk Lane

8

Greer, SC 29650

9

Certified Mail No.: 7020 3160 0000 7420 3043

10

11

/s/ Sharon H.
Deputy Clerk

12

United States District Court

13

District of Nevada

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28